RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Artemio Valencia-Rodriguez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00267-RFB-EJY |
| Plaintiff, | 2:25-mj-00535-DJA |
| v. | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| ARTEMIO VALENCIA-RODRIGUEZ, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Artemio Valencia-Rodriguez, that the Preliminary Hearing currently scheduled on November 3, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than two (2) weeks.

This Stipulation is entered into for the following reasons:

1. A change of plea and sentencing hearing is currently scheduled for November 3, 2025. This hearing will obviate the need for a preliminary hearing in the

instant matter. Additional time is therefore needed for the change of plea and sentencing hearing to be held.

    2.    The defendant is in custody and agrees with the need for the continuance.

    3.    The parties agree to the continuance.

    4.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

    5.    The additional time requested herein is not sought for purposes of delay, but to allow parties to negotiate.

    6.    The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1 (d).

This is the first request for a continuance of the preliminary hearing.

DATED this 28th day of October 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>Acting United States Attorney |
|   */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender |   */s/ Clay Plummer*<br>By_____<br>CLAY PLUMMER<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTEMIO VALENCIA-RODRIGUEZ,<br><br>Defendant. | Case No. 2:25-cr-00267-RFB-EJY<br><br>2:25-mj-00535-DJA<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Monday, November 3, 2025 at 4:00 p.m. be vacated and continued to **November 17, 2025, at 4:00 p.m.**

    DATED this 29th of October 2025.

_____
UNITED STATES MAGISTRATE JUDGE